# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS AND OPERATING**
**LOCAL 520 PENSION FUND, et al.,**

      **Plaintiffs,**

   -vs-                                        **CIVIL ACTION NO. 05-CV-268 DRH**

**JPK EXCAVATING, INC.,**

      **Defendant.**

### DEFAULT JUDGMENT IN A CIVIL CASE

      **DECISION BY THE COURT:** This action came to hearing before the Court on the Plaintiffs' Supplemental Motion for Default Judgment.

      **IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion is **GRANTED**. Default Judgment is entered in favor of Plaintiffs **EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, DELBERT BIRKNER, MONTY DOCTER, PETE KORTE, CLARENCE DOHRMAN, MICHAEL PARKINSON, ROBERT K. GERMANN, LOCAL 520 EMPLOYERS AND OPERATING ENGINEERS HEALTH AND WELFARE FUND, LOCAL 520 OPERATING ENGINEERS JOINT APPRENTICESHIP AND TRAINING FUND, EUGENE KEELEY, MICHAEL LUHR, ROBERT BOGENPOHL, GARY THIEMS, LOCAL 520 EMPLOYERS AND OPERATING ENGINEERS VACATION FUND, JACK HAYDEN, RICHARD KAISER, TIM DOCTER, DAVID BAXMEYER, LOCAL 520 OPERATING ENGINEERS ANNUITY TRUST FUND, HENRY ROHWEDDER, CHRIS REUSS and RON HUNSCHE** and against Defendant **JPK EXCAVATING, INC.,** in the sum of $10,101.00 for delinquent contributions and $1,747.52 in

liquidated damages for the time period of January through April, 2005, and $33,179.68 for delinquent contributions and $3,317.97 for liquidated damages for the time period of June through August, 2005, and $762.90 for attorneys' fees and costs for a total of $49,109.07.-----------------------

**NORBERT G. JAWORSKI, CLERK**

December __12th__, 2005         BY:__s/Patricia Brown__
                                             Deputy Clerk

APPROVED: /s/     David RHerndon
          **U.S. DISTRICT JUDGE**