**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**EMPLOYERS AND OPERATING ENGINEERS**
**LOCAL 520 PENSION FUND, et al.,**

     **Plaintiffs/Judgment Creditors,**

**v.**

**JPK EXCAVATING, INC.,**

     **Defendant/Judgment Debtor,**

**and**

**WEST POINTE BANK AND TRUST COMPANY,**

     **Garnishee.**          **Case No.: 05-CV-268-DRH**

<u>**PAY-IN ORDER**</u>

**HERNDON, District Judge:**

     Pursuant to the garnishment filed in this matter, garnishee West Pointe Bank and Trust Company, Attn: Nichole Diecker, 2020 North Belt East, Belleville, Illinois 62221, is hereby ordered to pay to the registry of the United States District Court for the Southern District of Illinois the amount of **$49,109.07**.  Upon payment of this amount, garnishee shall stand released from this garnishment, and this amount shall be paid to plaintiffs.

     **IT IS SO ORDERED.**

     **Signed this 28th day of December, 2005.**


                    <u>/s/        David RHerndon</u>
                    **United States District Judge**