IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS AND OPERATING ENGINEERS
LOCAL 520 PENSION FUND, et al.,**

    Plaintiffs/Judgment Creditors,

v.

**JPK EXCAVATING, INC.,**

    Defendant/Judgment Debtor,

**and**

**WEST POINTE BANK AND TRUST COMPANY,**

    Garnishee.                                          Case No.: 05-CV-268-DRH

## PAY-OUT ORDER

**HERNDON, District Judge:**

      Pursuant to the garnishment payment made by garnishee West Pointe Bank and Trust Company in the amount of **$49,109.07**, the Clerk is directed to issue payment to plaintiffs in this amount payable to "Operating Engineers Local 520 Benefit Funds," and sent in care of plaintiffs' counsel, Greg A. Campbell, Diekemper, Hammond, Shinners, Turcotte & Larrew, P.C., 7730 Carondelet Avenue, Suite 200, St. Louis, Missouri 63105.

      **IT IS SO ORDERED.**

      **Signed this 28th day of December, 2005.**

                                                        /s/       David RHerndon
                                               **United States District Judge**